```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25066
   WILLIE J GARRETT SR
   HENRIETTA GARRETT                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

              Debtor
   SSN XXX-XX-0564      SSN XXX-XX-6087

--------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 07/06/04 and confirmed on 11/19/04.

      2.  The case was dismissed after confirmation, 01/09/2009.

      3.  The Debtor paid a total of $  37566.23 .

      4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REG   CURRENT MORTG          .00             .00             .00
MORTGAGE ELECTRONIC REG   MORTGAGE ARRE     14835.31             .00        14835.31
CONSUMERS COOP CU         SECURED                .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          34745.78             .00        21103.09
RICHARD MANN              REIMBURSEMENT          .00             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         11336.16             .00             .00
ROUNDUP FUNDING LLC       UNSECURED           387.81             .00             .00
DAVID P LEIBOWITZ         ORIGINAL ATTO NOT FILED                .00             .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 14835.31     34745.78    11723.97         .00        61305.06
PRINCIPAL PAID     14835.31     21103.09         .00         .00        35938.40
INTEREST PAID           .00          .00         .00         .00             .00
TOTAL PAID         14835.31     21103.09         .00         .00        35938.40
The Debtor's attorney, RICHARD MANN                 , was allowed $   2200.00
and was paid $   2200.00   direct and $      .00  through the plan.

The Trustee received $   1627.83 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 03/13/09                   /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 25066 WILLIE J GARRETT SR & HENRIETTA GARRETT